# Exhibit A

John C. Taylor, State Bar No. 78389
Neil K. Gehlawat, State Bar No. 289388
**TAYLOR & RING, LLP**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266
Telephone: (310) 209-4100
Facsimile: (310) 208-5052

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO AMEZCUA, JR., CESAR AMEZCUA, EVELYN FIGUEROA, and CRYSTAL AMEZCUA, individually and as co-successors-in-interest to Guillermo Amezcua; J.A. and E.A., minors, by and through their guardian *ad litem*, Laura Najar, individually and as co-successors-in-interest to Guillermo Amezcua;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN FERNANDO, a public entity; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.<br><br>**DECLARATION OF GUILLERMO AMEZCUA, JR. PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 377.32** |

## DECLARATION OF GUILLERMO AMEZCUA, JR.

I, Guillermo Amezcua, Jr., declare:

1. I am the son of decedent, Guillermo Amezcua.
2. Guillermo Amezcua passed away on April 10, 2021 in San Fernando, California.
3. No proceeding is now pending in California for administration of decedent's estate.
4. I am decedent's co-successor-in-interest and succeed to his interest in this action along with decedent's five other children.
5. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.
6. A certified copy of decedent's death certificate is attached hereto as "Exhibit 1."

I declare under oath and penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 20, 2021, in Los Angeles, California.

*[signature]*

Guillermo Amezcua, Jr.

John C. Taylor, State Bar No. 78389
Neil K. Gehlawat, State Bar No. 289388
**TAYLOR & RING, LLP**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266
Telephone: (310) 209-4100
Facsimile: (310) 208-5052

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO AMEZCUA, JR., CESAR AMEZCUA, EVELYN FIGUEROA, and CRYSTAL AMEZCUA, individually and as co-successors-in-interest to Guillermo Amezcua; J.A. and E.A., minors, by and through their guardian *ad litem*, Laura Najar, individually and as co-successors-in-interest to Guillermo Amezcua;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN FERNANDO, a public entity; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.<br><br>**DECLARATION OF CESAR AMEZCUA PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 377.32** |

# DECLARATION OF CESAR AMEZCUA

I, Cesar Amezcua, declare:

1. I am the son of decedent, Guillermo Amezcua.
2. Guillermo Amezcua passed away on April 10, 2021 in San Fernando, California.
3. No proceeding is now pending in California for administration of decedent's estate.
4. I am decedent's co-successor-in-interest and succeed to his interest in this action along with decedent's five other children.
5. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.
6. A certified copy of decedent's death certificate is attached hereto as "Exhibit 1."

I declare under oath and penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 20, 2021, in Los Angeles, California.

*/s/ Cesar Amezcua*
Cesar Amezcua

John C. Taylor, State Bar No. 78389
Neil K. Gehlawat, State Bar No. 289388
**TAYLOR & RING, LLP**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266
Telephone: (310) 209-4100
Facsimile: (310) 208-5052

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO AMEZCUA, JR., CESAR AMEZCUA, EVELYN FIGUEROA, and CRYSTAL AMEZCUA, individually and as co-successors-in-interest to Guillermo Amezcua; J.A. and E.A., minors, by and through their guardian *ad litem*, Laura Najar, individually and as co-successors-in-interest to Guillermo Amezcua;<br><br>Plaintiffs,<br>vs.<br><br>CITY OF SAN FERNANDO, a public entity; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.<br><br>**DECLARATION OF EVELYN FIGUEROA PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 377.32** |

# DECLARATION OF EVELYN FIGUEROA

I, Evelyn Figueroa, declare:

1. I am the daughter of decedent, Guillermo Amezcua.
2. Guillermo Amezcua passed away on April 10, 2021 in San Fernando, California.
3. No proceeding is now pending in California for administration of decedent's estate.
4. I am decedent's co-successor-in-interest and succeed to his interest in this action along with decedent's five other children.
5. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.
6. A certified copy of decedent's death certificate is attached hereto as "Exhibit 1."

I declare under oath and penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 20, 2021, in Los Angeles, California.

Evelyn Figueroa

John C. Taylor, State Bar No. 78389
Neil K. Gehlawat, State Bar No. 289388
**TAYLOR & RING, LLP**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266
Telephone: (310) 209-4100
Facsimile: (310) 208-5052

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO AMEZCUA, JR., CESAR AMEZCUA, EVELYN FIGUEROA, and CRYSTAL AMEZCUA, individually and as co-successors-in-interest to Guillermo Amezcua; J.A. and E.A., minors, by and through their guardian *ad litem*, Laura Najar, individually and as co-successors-in-interest to Guillermo Amezcua;<br><br>        Plaintiffs,<br>vs.<br><br>CITY OF SAN FERNANDO, a public entity; and DOES 1-20, inclusive,<br><br>        Defendants. | CASE NO.<br><br>**DECLARATION OF CRYSTAL AMEZCUA PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 377.32** |

1

## DECLARATION OF CRYSTAL AMEZCUA

I, Crystal Amezcua, declare:

1. I am the daughter of decedent, Guillermo Amezcua.
2. Guillermo Amezcua passed away on April 10, 2021 in San Fernando, California.
3. No proceeding is now pending in California for administration of decedent's estate.
4. I am decedent's co-successor-in-interest and succeed to his interest in this action along with decedent's five other children.
5. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.
6. A certified copy of decedent's death certificate is attached hereto as "Exhibit 1."

I declare under oath and penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 20, 2021, in Los Angeles, California.

_____
Crystal Amezcua

John C. Taylor, State Bar No. 78389
Neil K. Gehlawat, State Bar No. 289388
**TAYLOR & RING, LLP**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266
Telephone: (310) 209-4100
Facsimile: (310) 208-5052

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO AMEZCUA, JR., CESAR AMEZCUA, EVELYN FIGUEROA, and CRYSTAL AMEZCUA, individually and as co-successors-in-interest to Guillermo Amezcua; J.A. and E.A., minors, by and through their guardian *ad litem*, Laura Najar, individually and as co-successors-in-interest to Guillermo Amezcua;<br><br>　　　　　Plaintiffs,<br>vs.<br><br>CITY OF SAN FERNANDO, a public entity; and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | CASE NO.<br><br>**DECLARATION OF LAURA NAJAR ON BEHALF OF MINOR J.A. PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 377.32** |

///
///
///
///
///
///

1

## DECLARATION OF LAURA NAJAR ON BEHALF OF MINOR J.A.

I, Laura Najar, declare:

1. I am the mother of minor J.A., who is the son of decedent, Guillermo Amezcua.
2. Guillermo Amezcua passed away on April 10, 2021 in San Fernando, California.
3. No proceeding is now pending in California for administration of decedent's estate.
4. J.A. is decedent's co-successor-in-interest and succeeds to his interest in this action along with decedent's five other children.
5. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.
6. A certified copy of decedent's death certificate is attached hereto as "Exhibit 1."

I declare under oath and penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 20, 2021, in Los Angeles, California.

*[signature]*
Laura Najar, on behalf of minor J.A.

John C. Taylor, State Bar No. 78389
Neil K. Gehlawat, State Bar No. 289388
**TAYLOR & RING, LLP**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266
Telephone: (310) 209-4100
Facsimile: (310) 208-5052

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO AMEZCUA, JR., CESAR AMEZCUA, EVELYN FIGUEROA, and CRYSTAL AMEZCUA, individually and as co-successors-in-interest to Guillermo Amezcua; J.A. and E.A., minors, by and through their guardian *ad litem*, Laura Najar, individually and as co-successors-in-interest to Guillermo Amezcua; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN FERNANDO, a public entity; and DOES 1-20, inclusive, <br><br> Defendants. | CASE NO. <br><br> **DECLARATION OF LAURA NAJAR ON BEHALF OF MINOR E.A. PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 377.32** |

## DECLARATION OF LAURA NAJAR ON BEHALF OF MINOR E.A.

I, Laura Najar, declare:

1. I am the mother of minor E.A., who is the daughter of decedent, Guillermo Amezcua.
2. Guillermo Amezcua passed away on April 10, 2021 in San Fernando, California.
3. No proceeding is now pending in California for administration of decedent's estate.
4. E.A. is decedent's co-successor-in-interest and succeeds to his interest in this action along with decedent's five other children.
5. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.
6. A certified copy of decedent's death certificate is attached hereto as "Exhibit 1."

I declare under oath and penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 20, 2021, in Los Angeles, California.

_____
Laura Najar, on behalf of minor E.A.

# Exhibit 1

# CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

State File Number: 3052021111696
Local Registration Number: 3202119027819

| Field | Value |
|---|---|
| 1. Name of Decedent — First | GUILLERMO |
| 2. Middle | - |
| 3. Last | AMEZCUA |
| 4. Date of Birth | 08/28/1972 |
| 5. Age | 48 |
| 8. Sex | M |
| 9. Birth State/Foreign Country | MEXICO |
| 11. Ever in U.S. Armed Forces | NO |
| 12. Marital Status | NEVER MARRIED |
| 7. Date of Death | 04/10/2021 |
| 8. Hour | 2324 |
| 13. Education | 10 |
| 14. Hispanic/Latino/Spanish | YES MEXICAN |
| 16. Decedent's Race | WHITE |
| 17. Usual Occupation | CABLE INSTALLER |
| 18. Kind of Business/Industry | CABLE COMPANY |
| 19. Years in Occupation | 20 |
| 20. Decedent's Residence | 9543 REMICK ST. |
| 21. City | ARLETA |
| 22. County | LOS ANGELES |
| 23. Zip Code | 91331 |
| 24. Years in County | 48 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | EVELYN FIGUEROA, DAUGHTER |
| 27. Informant's Mailing Address | 13318 GOLETA ST, PACOIMA, CA 91331 |
| 31. Name of Father/Parent — First | JOSE |
| 33. Last | AMEZCUA RUBIO |
| 34. Birth State | MEXICO |
| 35. Name of Mother/Parent — First | ANA |
| 37. Last (Birth Name) | MANZO |
| 38. Birth State | MEXICO |
| 39. Disposition Date | 04/24/2021 |
| 40. Place of Final Disposition | SAN FERNANDO MISSION CEMETERY, 11160 STRANWOOD AVE., MISSION HILLS, CA 91345 |
| 41. Type of Disposition | BU |
| 42. Signature of Embalmer | JONATHAN CLAYPOOLE |
| 43. License Number | EMB9520 |
| 44. Name of Funeral Establishment | SO CALIFORNIA FUNERAL DIRECTORS INC. |
| 45. License Number | FD2094 |
| 46. Signature of Local Registrar | MUNTU DAVIS, M.D. |
| 47. Date | 04/22/2021 |
| 101. Place of Death | VEHICLE — Other |
| 104. County | LOS ANGELES |
| 105. Facility Address or Location | 402 HARPS STREET |
| 106. City | SAN FERNANDO |
| 107. Cause of Death — Immediate Cause (A) | MULTIPLE GUNSHOT WOUNDS |
| Time Interval | RAPID |
| 108. Death Reported to Coroner | YES — 2021-05012 |
| 109. Biopsy Performed? | NO |
| 110. Autopsy Performed? | YES |
| 111. Used in Determining Cause | YES |
| 112. Other Significant Conditions | NONE |
| 113. Was Operation Performed | NO |
| 119. Manner of Death | Homicide |
| 120. Injured at Work? | NO |
| 121. Injury Date | 04/10/2021 |
| 122. Hour | 2306 |
| 123. Place of Injury | VEHICLE |
| 124. Describe How Injury Occurred | SHOT DURING ENCOUNTER WITH LAW ENFORCEMENT |
| 125. Location of Injury | 402 HARPS STREET, SAN FERNANDO, CA 91340 |
| 126. Signature of Coroner / Deputy Coroner | EVONNE D REED |
| 127. Date | 04/20/2021 |
| 128. Type Name, Title of Coroner / Deputy Coroner | EVONNE D REED, DEPUTY CORONER |

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

Health Officer and Registrar, MD

DATE ISSUED: MAY -4 2021



002924150

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.


