# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guillermo Amezcua, Jr. et al, <br><br> Plaintiffs, <br><br> v. <br><br> City of San Fernando, et al, <br><br> Defendants. | Case No. 2:21-cv-05988-VAP-ASx <br><br> **Judgment** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order awarding Summary Judgment in favor of Defendant City of San Fernando, IT IS ORDERED AND ADJUDGED that the action, *Guillermo Amezcua, Jr. et al v. City of San Fernando,* Case No. 2:21-cv-05988-VAP-ASx, is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 12/20/22

Virginia A. Phillips
Senior United States District Judge